**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT BOLUS, individually, and d/b/a BOLUS TRUCK SALES CENTER, <br><br>   Plaintiffs, <br><br>   v. <br><br> FLEETWOOD MOTOR HOMES OF IN, INC., TOM JOHNSON CAMP CENTER, and CUMMINS ATLANTIC, <br><br>   Defendants. | CIVIL ACTION NO. 3:11-2027 <br><br> (JUDGE CAPUTO) |

**ORDER**

**NOW**, this 17th day of August, 2012, upon consideration of Defendant Altantic Cummins' Motion to Dismiss for Lack of Jurisdiction (Doc. 15) and Defendant Tom Johnson's Motion to Dismiss for Lack of Jurisdiction (Doc. 17), **IT IS HEREBY ORDERED** that:

   (1)   This action is **TRANSFERRED** to the Middle District of North Carolina pursuant to 28 U.S.C. § 1406(a);

   (2)   Atlantic Cummins and Tom Johnson's motions to dismiss are **DENIED as moot**; and

   (3)   The Clerk of Court shall mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge
